Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**L. C. H. E. Ziegler, appellee, v. Ann Wahlin, appellant. Gen. No. 25,619.**

Appeal from the Municipal Court of Chicago on judgment entered

without trial on mandate merely reversing and remanding; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed November 30, 1920.

George McMahon, for appellant. Bulkley, More & Tallmadge, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.